Adam C. Anderson (Bar No. 024314)
ANDERSON BANTA CLARKSON PLLC
48 North Macdonald
Mesa, AZ 85201
480-272-5983
adam@abclawgroup.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
### PHOENIX DIVISION

| | |
|---|---|
| JEREMY BERGERON,<br><br>  Plaintiff,<br><br>v.<br><br>COMMERCIAL RECOVERY SYSTEMS, INC.,<br><br>  Defendant. | No. 2:13-cv-01875-LOA |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, JEREMY BERGERON, by and through his attorneys, ANDERSON BANTA CLARKSON PLLC, and for his Notice of Voluntary Dismissal, Plaintiff states as follows:

1. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby notifies this Honorable Court that the Plaintiff voluntarily dismisses his case without prejudice.

2. The Defendant in this case has filed neither an answer to Plaintiff's complaint nor a motion for summary judgment.

3. Plaintiff requests that this case be dismissed without prejudice and without costs to any party.

                                         Respectfully Submitted,

                              **By:**   s/ Adam C. Anderson

                                      **Adam C. Anderson**

                                      **Attorney for Plaintiff,**

                                      **JEREMY BERGERON**

**February 4, 2014**

**Adam C. Anderson (Bar No. 024314)**

**ANDERSON BANTA CLARKSON PLLC**

**48 North Macdonald**

**Mesa, AZ 85201**

**480-272-5983**

**adam@abclawgroup.com**

**Attorney for Plaintiff**